| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court Address:<br>7325 S Potomac St, Centennial, CO, 80112 | DATE FILED: December 19, 2013 1:57 PM<br>CASE NUMBER: 2013CV31502 |
|---|---|
| **Plaintiff(s)** MICHELE L KRUEGER<br>v.<br>**Defendant(s)** IDEAL HOME LOANS LLC | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV31502<br>Division: 15     Courtroom: |
| **Order: Order Granting Unopposed Motion for Extension of Time to Respond to Complaint** ||

The motion/proposed order attached hereto: GRANTED.

Issue Date: 12/19/2013

*[signature]*

CHARLES M PRATT
District Court Judge

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | ▲ COURT USE ONLY ▲ |
| **Plaintiff:** MICHELE L. KRUEGER<br><br>v.<br><br>**Defendants:** SCOTT KISSINGER, IDEAL HOME LOANS, LLC, BRENT IVINSON, SCOTT WEIBEL, ROBERT KNISELY, GREGORY BOSLER, AND JAMES FRANK. | Case Number: 2013CV031502<br><br>Div.: 15 |
| **ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** | |

THE COURT, having reviewed the Unopposed Motion for Extension of Time to Respond to Complaint, and being fully advised in the premises,

ORDERS that the Motion be and the same hereby is GRANTED. Defendants Ideal Home Loans, LLC, Brent Ivinson, Scott Weibel, Robert Knisely, Gregory Bosler, and James Frank have an extension of time up to and including January 9, 2014, within which to respond to the Complaint.

DATED this ____ day of _____, 2013.

BY THE COURT:

_____
District Court Judge