| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court Address:<br>7325 S Potomac St, Centennial, CO, 80112 | DATE FILED: December 20, 2013 3:30 PM<br>CASE NUMBER: 2013CV31502 |
| **Plaintiff(s)** MICHELE L KRUEGER<br>v.<br>**Defendant(s)** IDEAL HOME LOANS LLC | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV31502<br>Division: 15     Courtroom: |
| **Order: Order on Motion for Extension to Serve Defendant** | |

The motion/proposed order attached hereto: SO ORDERED.

Issue Date: 12/20/2013

*[signature]*

CHARLES M PRATT
District Court Judge

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY<br>STATE OF COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | |
| Plaintiff:   MICHELE L. KRUEGER<br><br>v.<br><br>Defendants:   SCOT KISSINGER, IDEAL HOME LOANS LLC, BRENT IVINSON, SCOTT WEIBEL, ROBERT KNISELY, GREGORY BOSLER, AND JAMES FRANK | ▲ COURT USE ONLY ▲ |
| | Case No.:  2013CV031502<br><br>Division:  15 |
| **ORDER GRANTING MOTION FOR 60 DAY EXTENSION TO SERVE DEFENDANT SCOT KISSINGER** | |

The COURT, having reviewed the motion and responses thereto, and the pleadings and other documents necessary to be fully informed of the premises, hereby FINDS and ORDERS as follows:

The above-captioned motion is hereby GRANTED. Plaintiff shall have an additional 60 days, beginning on December 24, 2013, and ending on February 24, 2014, to effect service on Defendant Scot Kissinger.

Should Mr. Kissinger not be served during the additional 60 day time period, Plaintiff may either reapply to the Court for an additional extension, or move for substituted service of process.

Done this _____ day of _____, 2013.

_____
District Court Judge