| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY, COLORADO<br>Court Address:<br>7325 S Potomac St, Centennial, CO, 80112 | DATE FILED: January 8, 2014 4:23 PM<br>CASE NUMBER: 2013CV31502 |
| **Plaintiff(s)** MICHELE L KRUEGER<br>v.<br>**Defendant(s)** IDEAL HOME LOANS LLC | |
| | ⚠ **COURT USE ONLY** ⚠ |
| | Case Number: 2013CV31502<br>Division: 15     Courtroom: |
| **Order: Proposed Order Granting Verified Motion for Pro Hac Vice Admission of Russell B. Berger, Esquire** | |

The motion/proposed order attached hereto: GRANTED.

Issue Date: 1/8/2014

*[signature]*

CHARLES M PRATT
District Court Judge

| | |
|---|---|
| DISTRICT COURT, ARAPAHOE COUNTY COLORADO<br>7325 South Potomac Street<br>Centennial, Colorado 80112 | ▲ **COURT USE ONLY** ▲ |
| **Plaintiff:** MICHELE L. KRUEGER<br><br>v.<br><br>**Defendants:** SCOTT KISSINGER, IDEAL HOME LOANS, LLC, BRENT IVINSON, SCOTT WEIBEL, ROBERT KNISELY, GREGORY BOSLER, AND JAMES FRANK. | Case Number: 2013CV031502<br><br>Div.: 15 |
| **ORDER GRANTING VERIFIED MOTION FOR**<br>***PRO HAC VICE* ADMISSION OF RUSSELL B. BERGER, ESQUIRE** | |

THE COURT, having reviewed the Verified Motion for *Pro Hac Vice* Admission of Russell B. Berger, Esquire, the Affidavit submitted in support thereof, and the file herein, and otherwise being fully advised, hereby

THE COURT GRANTS the Motion; and ORDERS that Russell B. Berger, Esquire of the firm of Offit Kurman, P.A. be specially admitted and permitted to appear in this case on behalf of Defendants Ideal Home Loans, LLC, Brent Ivinson, Scott Weibel, Robert Knisely, Gregory Bosler, and James Frank .

Dated this ____ day of _____ 2014.

_____
District Court Judge